**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Robert Lee Wright, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-002249

Appeal From Charleston County
Kristi Harrington, Trial Judge
Thomas A. Russo, Post-Conviction Relief Judge

Unpublished Opinion No. 2024-UP-015
Submitted December 1, 2023 – Filed January 10, 2024

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Danielle Dixon, both of Columbia, for Respondent.

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Robert Lee Wright's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**[1]

**THOMAS and GEATHERS, JJ., and BROMELL HOLMES, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.